IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE GUADALUPE CAZARES-HERNANDEZ, | : | |
| | : | |
| | : | |
| | : | |
| Petitioner, | : | |
| | : | PRISONER HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:21-cr-00324-LMM-CMS-1 |
| | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:22-cv-4373-LMM |
| | : | |
| | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Dkt. No. [21], and the Magistrate Judge's Report and Recommendation on the motion, Dkt. No. [27].[1] No objections have been filed in response to the Magistrate Judge's Report and Recommendation.

Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court

---

[1] The record citations refer to the case numbers appearing on the criminal docket.

1

**ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [27], as the opinion of the Court: Petitioner's § 2255 motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Dkt. No. [21], petition is **DENIED**, and no certificate of appealability shall issue.[2]

The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 26th day of May, 2023.

**Leigh Martin May**
**United States District Judge**

---

[2]     Petitioner is advised that he may not appeal the denial of a certificate of appealability but may seek a certificate from the Court of Appeals under Rule 22 of the Federal Rules of Appellate Procedure. 28 U.S.C. foll. § 2255, Rule 11(a).